IN THE UNITES STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ROBERT REDENSKI and ELLEN REDENSKI | : | | |
| Plaintiffs | : | No. | 17-CV-1119-JMM |
| | : | | |
| v. | : | | |
| | : | | |
| AMOS FINANCIAL, LLC | : | | |
| Defendant | : | | |

**CERTIFICATION OF NON-CONCURRENCE**

I the undersigned hereby certify that on July 2, 2018; I requested the concurrence of my adversary to the within Motion by electronic mail and that no response was received.

Respectfully Submitted,

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. No. 203832