# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REDENSKI and ELLEN REDENSKI, | : | No. 3:17cv1119 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| AMOS FINANCIAL, LLC, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 29th day of October 2018, it is hereby **ORDERED** that the plaintiffs' motion for partial summary judgment (Doc. 17) is **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**